SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
STANLEY GUTIERREZ-ARANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-14-00606-EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING HEARING** |
| STANLEY GUTIERREZ-ARANA, | |
| Defendant. | |

    The defendant, through his counsel, Severa Keith, and the government, through Assistant U.S. Attorney Lloyd Farnham, hereby apply for an order resetting the currently set Sentencing Hearing from December 18, 2015 to January 13, 2016.

    This request is being made because counsel for Mr. Gutierrez-Arana has not yet received medical records that are important and relevant to the Court's consideration of 18 U.S.C § 3553 factors. Counsel has received notice that one set of medical records is being processed. The parties agree that a date in mid-January is sufficient to allow for receipt of the records, their review, and preparation of sentencing memoranda.

*GUTIERREZ-ARANA: Stipulation Reset Sentencing Hearing; [Proposed] Order*

Counsel are not available earlier than January 13, 2016 due to the upcoming holidays.

IT IS SO STIPULATED:

Dated: December 9, 2015        Respectfully Submitted,

/s/
Severa Keith CSBN: 218167
Attorney for Defendant
STANLEY GUTIERREZ-ARANA
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000
severa@keithlawoffice.com

Dated: December 9, 2015        /s/
Lloyd Farnham
Assistant U.S. Attorney
Office of The U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-6973
Lloyd.farnham@usdoj.gov

*GUTIERREZ-ARANA: Stipulation Reset Sentencing Hearing; [Proposed] Order*

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is Ordered that the Sentencing Hearing in the above-captioned matter be reset from December 18, 2015 to January 13, 2016 at 2:30 p.m. The hearing will proceed at the United States District Courthouse in San Francisco, California.

DATED: December __11__, 2015       _____
THE HONORABLE EDWARD M. CHEN
United States District Judge



*GUTIERREZ-ARANA: Stipulation Reset Sentencing Hearing; [Proposed] Order*

3